AUSTIN HERZELL, Respondent, v. "ALFRED" TYLER SMITH (the Name " Alfred " Being Fictitious, Defendant's First Name Being Unknown to Plaintiff), Appellant.— Judgment in favor of the plaintiff against the defendant, a dentist, for malpractice, unanimously affirmed, with costs. No opinion. Young, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., not voting.

WILLIAM HODSON, Commissioner of Public Welfare of the City of New York, MARION THOMPSON, Complainant, Respondent, v. LEON KATZ, Appellant.— Appeal No. 1: Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, adjudging the defendant to be the father of the child of the complainant born out of wedlock on the 1st day of July, 1934, unanimously affirmed. No opinion. Appeal No. 2: Order denying defendant's motion for a blood-grouping test and a new trial in a paternity proceeding unanimously affirmed. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ., concur.

WILLIAM HODSON, Commissioner of Public Welfare of the City of New York, on Complaint of LENA BROTHERS, Respondent, v. LEO KEMPNER, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, adjudging the defendant to be the father of a child born to the complainant out of wedlock on the 26th day of May, 1935, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

PHILIPP J. HOFFMAN, Respondent, v. RUSSELL REALTY Co., INC., Appellant.— Action to rescind a contract for the sale of real property on the ground of fraud and misrepresentation. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.